IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIGUEL BERNABE-BAUTISTA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, McCook Detention Center, et al.,<br><br>Respondents. | 8:26-CV-521<br><br>ORDER |

The Court has examined the government's status report (filing 14) and declaration (filing 15) in this case, and finds no reason to conclude that the bond hearing provided to the petitioner failed to satisfy the requirements of the Court's previous order. And of course, this Court does not review the immigration judge's decision de novo, or even for an abuse of discretion—this Court doesn't review the immigration judge's decision *at all*. *See Gvritishvili v. Mullin*, No. 4:26-CV-3123, 2026 WL 1362439, at *1 (D. Neb. May 15, 2026). His remedy is with the Board of Immigration Appeals, not this Court. Accordingly,

IT IS ORDERED that the status report deadline set for September 25, 2026 is terminated.

Dated this 28th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge